7:44

# Victim Impact Statement

I want to start this off by saying, Kyle was the love of my life and I planned on being with him for the rest of my life. We were engaged and planning our wedding when he first got arrested. I am the mother of his child, the child he abused. I trusted him with everything and he lied right to my face along with everyone he loves. I find it very difficult to trust anyone after what he has done. He used my baby, our baby. It was a major shock to me that the love of my life, the father of my child could ever do something like this. We went to a family party the night he first got arrested in January 2022. When we came home, we had found that the FBI had broken down our door to search our house. I had no idea what to think, I felt violated. An FBI agent sat me down and explained what had been going on and I completely lost it. Kyle? My Kyle could do something like this? When I was finally able to talk to him the next day, he told me everything. I didn't trust him past that point. Everything I had once thought was completely destroyed. My daughter will grow up not knowing her dad. My daughter will one day find out what her daddy did to her and have to live with that for the rest of her life. This is something that will never go away for her or myself, we will forever have to live with this pain he caused for our family.