Dear Honorable Judge White,

I want to begin by apologizing to my victim and the courts. I understand the heinous nature of my crime and I make no excuses for the events that transpired. I take full responsibility for the choices I made in order to be put in this situation. I also understand there must be punishment for my actions. I hope that with the prison system I will be able to better myself through therapy, vocational studies, and lots of self-reflection.

Before I was arrested, I was working full time to support myself and my daughter. On the outside most people would have deemed me to be a successful young adult, but on the inside, I was struggling with this darker part of myself.

I want to apologize most of all to my daughter for not only abandoning her, but abusing her trust as a parent.

I only hope that you may sentence me so that I may rejoin society and prove to you, the courts, and the community that I will do better as a person and in the choices I make.

Again, I apologize to the courts and my victim, as they are the sole person this has affected and hurt. Lastly, I want to thank you for the opportunity to present myself in my own words.

Kyle Gipson

Dear District Judge Ronnie L. White,

    I am imploring your time in reading this letter on behalf of my son, Kyle James Gipson, and his family, to request leniency and mercy in his sentence. It is with a heavy heart that I compose a letter of this magnitude, with conflicting emotions and pure faith. When I think of my son, I confidently believe we were kindred spirits, and that God gave him to me as an anchor of strength, faith, and love. Nothing has been more disappointing for me than the charges against him, his involvement in such a crime, and the loss of dreams I've imagined for his life since he graduated from high school.  Please allow me to explain our past, and my hope for the future.

    For 23 years I have spent my entire existence providing for my son. He was raised by me and our extended families with high expectations, a moral compass, and strong character values. As with all divorced families, there was the concern that he would be exposed to less than desirable elements, yet I felt confident that positive influences would prevail. As he grew up, I watched him mature with unfettered good judgement and fortitude, considering him to be trustworthy and kind. He often came home with recognition from school of positive character, and his educators gave him high praise for consistently doing the right things. In high school I watched him awkwardly participate in theatre and acapella choir with little to no skill or stage presence. He was involved, he persevered, and he had an encouraging, stable friend group. I was confident he would be a successful grown man and really make a difference in society.

    During his senior year, he met someone who became a distraction, someone he wanted to rescue, someone he could "take care of." With this relationship came drastic changes in all facets of his life. He abandoned his peer circle, he changed his goals and dreams, and eventually found himself in a life-changing circumstance. This significant other was expecting his child. His reaction to this was so out of character for him.  He refused to face reality for months. From this

point on, none of his dreams for the future, nothing we had planned for his life would ever be the reality.

Before the pregnancy, he could have changed gears and returned to his original script so to speak. Eventually, Kyle embraced parenting, and I saw a father emerging as my granddaughter grew. When their daughter was a year old, he and his counterpart separated. She left him with the little girl 70% of the time, and I imparted single parenting experience on him from my perspective. I observed him being a good dad, and also finding his way with a good job, new friends, making a home, and building a life; for him, things were improving.

Living in a society aware of his crimes will test his resilience, but I am confident Kyle will not put himself in this situation again. He knows his actions have consequences. He does have a conscience.  He will be held accountable for his choices.  I expect Kyle to rejoin the world and positively contribute to it again.

As I reflect on the time that has passed since March, I fear that excessive time served could be more detrimental than beneficial in his efforts to rehabilitate and reform.  Kyle is being exposed to the type of people he was discouraged from associating within his circles. He is now learning and living a lifestyle he had no understanding of nor had an interest in blending with prior to his traumatic life changes. Meanwhile, the people he knows and loves are fighting, struggling, and surviving on the outside. He is unable to help. He is unavailable for support. He isn't even a part of the struggle. That is definitively a consequence for him. He is given no choice but to listen to me and his father cry, navigate, and maintain for him without his contributions. I know that is truly a life lesson for Kyle. He needs to rejoin the world on the outside. He should be made to figure out his future, with this change hanging over his head, without the love and spirit of his magnificent daughter in his life. Being confined, he gets to avoid reality, miss out on

the experiences of growing up, and hide from the looks, loss, and struggle of what he has done. This will never go away. This experience will always be something that haunts him and takes him to an unknown place in life, whether he chooses it or not. What he can do is pay penance, make amends, live the reality that his decisions have impacted everyone else in his life. That will be the only way he will truly be made to serve the consequences of such a terrible decision and situation he independently and solely got himself into.

    I implore mercy upon you, in the hopes that Kyle can be given a manageable sentence that will establish the behaviors he exhibited will not be tolerated.  I miss him every day.  I need his perspective when I make decisions.  I inquire of him because I appreciate his objectivity, knowledge, open mind to the 21st century, and shared interest in hobbies we have.  I hope that your knowledge of the legal system, the parameters required, and compassion for a young man at the beginning of his life prevail over trends, popular opinion, and data.  Thank you for your time, understanding, and consideration.

                                                                               Sincerely,

                                                                               Katherine Elizabeth Clarke
                                                                               (Mother of Kyle James Gipson, defendant)

Character Letter Draft

Judge------

Your Honor,

I am Deborah(Debbie)Richmond,

Kyles's Maternal Grandmother.

I have known Kyle since the day he was born. He spent an occasional weekend with his father, Adam, his wife, Jaime, and her son ▮▮▮▮. I believe that ▮▮▮▮ may have sexually abused Kyle on the weekends he stayed at Kyle and Jaime's home. My daughter never received child support from Kyle's father. My daughter, Katie, raised Kyle by herself on a teacher's salary.

Kyle stayed with us for his first 3+years until he was enrolled in Preschool. Throughout his years in school he made high grades and had many friends. He participated in Soccer and was in the High School Choir, and several Theatrical performances. He received a certificate for Perfect Attendance. After he graduated from High School he was accepted at Webster University. As the result of the Pandemic, Kyle worked remotely but left Webster unable to concentrate on the concept of virtual learning from home.

Soon thereafter he met Monika Myers and they started a romantic relationship. Nine months later they were proud to welcome a Baby Girl, ▮▮▮▮. They soon bought a house together. Monika worked at Wendy's and Kyle worked at Walker Products in the IT Department. They were planning on getting married, looking into Churches, Reception Venues etc. Kyle went to work on a daily basis taking care of ▮▮▮▮, promptly dropping off ▮▮▮▮ here and picking her up. All came to a sudden halt when Monika was invited to a party and told Kyle he was not to come with her. The relationship became tense and Monika moved out of their home. As a result, I believe Kyle went into a dark place, possibly a depression.

Although we were unaware of the crime he committed, I believe Kyle to be a hard worker and a good citizen in his community. He is a kind young man and loves his daughter with all his being. After his arrest and his time in this Correction Facility, I believe he has learned a valuable life lesson. He will continue to be a fine young, caring father, relative and a good member of society. He knows I will not tolerate this kind of crime in my life. But I will continue to love, teach and help him to be a more constructive and positive member of his community and his family. It seems he's always been there for me and with me.

My request, your Honor, is that you will give him a lenient sentence. I will make sure he attends a Church of his choice and will see a Psychologist or a Counselor throughout the rest of his life, that will make him a better citizen and a better man. It will break my heart if I don't have Kyle in my life for the rest of my years. He's been an inspiration to me ever since he was born. I trust he will conduct his life in a better and more trustworthy manner after being incarcerated, and I will do everything in my power to help him to be a better person and to never commit a crime like this in the future.

Sincerely,

Deborah A. Richmond

Judge White

Your Honor,

My wife, Debbie, is Kyle's maternal grandmother. We have been married for over thirty years, so I have been involved in Kyle's life since he was born. When he was an infant, we watched him in our home five days a week until he was enrolled in preschool. He was our first grandchild. We took him everywhere we went and worked hard to provide him with a quality life. We included him and his mother when we took vacations. I spent a lot of time with him when I taught him to drive. He has been very responsible as a driver and has not been involved in an accident.

Kyle was the typical youngster, involved in soccer and having friends in his neighborhood. He was extremely proud of the fact that he received a Perfect Attendance Certificate when he graduated from high school. After high school, we were happy he decided to attend Webster University. Unfortunately, his time at Webster was cut short due to the pandemic, as remote learning was not a good fit for him. Soon after, Kyle and his girlfriend, Monika met and she became pregnant. They seemed to be planning for a longtime relationship. After their daughter was born, both seemed to try their best to take care of their daughter.  He had purchased a house and the three of them lived together as a family. They were looking for venues for their wedding while both maintained full time jobs during which time my wife and I watched their daughter several days a week. The relationship between Kyle and Monika ended and Monika moved out of the house he had purchased. At that time, Kyle had custody of their daughter five days a week and Monika had custody only during her days off. Kyle appeared to do a good job of taking care of his daughter and was reliable with dropping her off in the morning while allowing himself adequate time to get to work. He was always punctual with picking her up after work and made plans for her dinner and bathing schedule. I believe that Kyle may have had some depression issues as a result of their failed relationship.

Since Kyle had recently become a homeowner, I was helping him learn how to properly and safely make repairs to the house and property while becoming a responsible homeowner and good neighbor.

We were impressed that he had recently started a new job that he seemed to really enjoy and were looking forward for him to accept more challenging positions.   I thought we were being present in his life and believed he had a very bright future ahead for him. We now realize that we were not aware of key details in his life, including potentially being sexually abused several years ago.

 I find the details of this crime troubling and despicable. That being said, I would like to ask for your consideration of a sentence that leans toward the minimum side of the range for him, as I believe he has learned an extremely valuable lesson since his arrest in this case and is prepared to conduct his life differently in the future. I have never tolerated criminal behavior from anyone in my presence and will have no issue with making sure Kyle avoids such behavior or that behavior will be reported to the appropriate authorities.

This is difficult for me to ask, your honor, as I am a retired St. Louis County police officer and I fully understand that society must be protected. I will do everything in my power to make sure he completes any requirements set by the court. Your consideration is greatly appreciated.

Sincerely,


Allen D Richmond
1825 Locks Mill Dr
Fenton, MO 63026
arichmond1666@att.net
314 941-1543

February 21, 2024

To Honorable Ronnie White
District Court Judge:

I am writing this letter on behalf of the defendant, Kyle J. Gipson.  My name is William P. Clarke, grandfather to the defendant. I am 72 years old, a retired professional engineer and was there the day Kyle was born 23 years ago.

I have been involved in his life throughout those 23 years, in providing love and support to him and his single mother, Katherine Clarke, after she was divorced approximately one year after having her child.  Kyle grew up with his mother being his constant companion, he being an only child and his mother not remarrying.

Kyle was the typical little boy and very close to his mother.  As he grew older, he was always helpful and respectful.  When he was at family gatherings, he was cheerful and engaging, not the teenager that was preoccupied with social media and just there.  He would joke with me and, when his grandmother and I probed; he actually had conversations about his life and ours.  Those conversations showed me that he was serious about his life and trying to succeed in school and later in establishing a successful career.

In high school he was a top student with a 4.3 cumulative grade point.  He took pride in perfect attendance and was a sort of "nerd"; something he and I could relate to – me being the "engineer".  However, he was always interested and helpful to others in high school.  He became involved in the drama club and would support the actors as stage hand, etc.  He was also concerned about fellow classmates who were placed on the fringe.  He became involved in the Gay/Straight Association and American Sign Language group.

As many teenagers in today's world, he became proficient in computer technology and used those skills to get employment with a major auto parts company.  He attended Webster University for 1 year and then the pandemic put an end to that.  At that time, he also became a father at 20 and moved in with the child's mother (not married).  Life was a struggle, but he seemed to keep at trying to live a normal life maintaining a household and providing for his child.

What Kyle did was wrong and as his grandfather, I want to see he gets the therapy and treatment for his problem.  Kyle is an intelligent and caring person. Unfortunately, I was not aware of the severity of the previous sexual abuses he was subject to as a little boy and then the more recent encounter with law enforcement, due to the family hiding those from me. If I had known, we would have done whatever was necessary to seek help – both supporting financially and increased interaction with Kyle.

His mother will be devastated at the loss of her son to prison.  After 20 years of being there for each other, this will almost be unbearable.  I believe Kyle also greatly regrets what he has done and how this affects everyone in his close circle – mother, father, and daughter.

I believe Kyle has a lot of potential to be a contributing member to society, once he has received the help he needs.  I will do whatever I can to support him.  I have the financial resources to make sure he gets help and will be there to support him as needed.

I ask that your Honor please take into consideration what Kyle has to offer as a caring and intelligent person who needs help and offer whatever leniency you can to his sentence.

I appreciate you taking the time to read this letter and hope you see that I care deeply for Kyle and will be there in any way I can to support him.

Sincerely,


William P. Clarke

February 21, 2024

To Honorable Ronnie White

District Court Judge

This letter is on behalf of Kyle Gipson. Kyle is my husband's (William Clarke) grandson and I (Joan Clarke) consider him my grandson as well. I have known him since he was born. I am a retired librarian/college administrator.

Kyle is an empathic person. When he was four, I picked him up from daycare to come to our house. I must have been quieter than usual in the car one day because I heard him pipe up from the back seat. "Grandma, are you tired?" In fact, I was. I'd had a very busy day. I was amazed how a 4 yr. old could intuit this.

In elementary school Kyle told me he was spending his recess and lunch with a classmate who was being bullied. He hoped his presence would protect the boy and encourage the bullies to leave him alone.

In high school, Kyle joined the Gay Straight Association and the American Sign Language clubs. He thought as a straight and hearing person he could add his voice and more people would listen to their perspective.

Kyle has the capacity and inclination to help make the world a better place.


Kyle has spent most of his life going to school. He was well liked and graduated high school with a 4.3 GPA. He earned a scholarship to Webster University. Covid hit in the spring of his freshman year and his classes went online. He was majoring in computer science and when all his classes in the fall were scheduled online, he decided not to return.

Kyle floundered for a couple of years. However, at the time he was arrested, he was working at Walker Products, an auto parts supplier. He told me he looked forward to going to work. He was using his computer skills and enjoyed doing a good job. He was excited about a project he was working on. I was very glad to hear this because it meant he learned that working can

be satisfying and fulfilling, and this knowledge would stay with him for the rest of his life.

I don't condone Kyle's behavior. No one does. However, I think with counseling he will understand the damage that was done to him and how his own behavior has harmed others.  I believe with his intelligence and understanding of people, along with a counselor's help, he will work hard to create strategies that allow him to lead a productive life. I hope you can see his potential and consider leniency in his sentence.

My husband and I have visited him in jail several times. In spite of his actions, he is still our grandson. We love him and will help him return to the promising life we always thought he had.

Thank you for taking the time to read and consider my comments.


Sincerely,


Joan S. Clarke